IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION


ROBERT GERALD BRITTON,            )
                                  )
                Petitioner,       )
        v.                        ) Civil Action
                                  ) No. 11-3008-CV-S-DGK-H
MARTY C. ANDERSON, Warden, United )
States Medical Center for Federal Prisoners, )
                                  )
                Respondent.       )


## REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Petitioner, an inmate formerly confined in the United States Medical Center for Federal Prisoners, has petitioned this Court for a writ of habeas corpus in which he challenges disciplinary action taken against him at the Medical Center. The petition has been referred to the undersigned for preliminary review under 28 U.S.C. § 636(b). Because petitioner has failed to exhaust administrative remedies, it will be recommended that he be denied leave to proceed in forma pauperis.

After a Show Cause Order was entered, the United States filed its response. Counsel for petitioner filed a Motion to Withdraw. Thereafter, petitioner was granted an opportunity to file a pro se traverse, which he did not do.

As grounds for relief in habeas corpus, petitioner contends in his original petition that he is no longer in need of housing at a federal medical facility, and that he has been denied a transfer. According to respondent, petitioner has failed to fully exhaust administrative remedies on the issue raised in his petition.

Initially, the Court notes that petitioner has been transferred to USP, Florence, and is no

longer housed at the Medical Center. Therefore, it appears that his complaint has been rendered moot. Additionally, a review of the record indicates that petitioner has not exhausted all available administrative remedies. It is well-settled law that an inmate must exhaust administrative remedies prior to seeking habeas corpus relief. See Leighnor v. Turner, 884 F.2d 385 (8th Cir. 1989); Willis v. Ciccone, 506 F.2d 1011 (8th Cir. 1974).

Counsel for the petitioner has filed a Motion to Withdraw. Because there are no issues presented for which relief is appropriate, the motion is granted.[1]

For the foregoing reasons, it is, pursuant to the governing law and in accordance with Local Rule 22 of the United States District Court for the Western District of Missouri,

RECOMMENDED that petitioner be denied leave to proceed in forma pauperis, and that the petition herein for a writ of habeas corpus be dismissed without prejudice.

  /s/ James C. England
JAMES C. ENGLAND
United States Magistrate

Date: 4/18/11

---

[1] Petitioner has 14 days to file exceptions to the Report and Recommendation of the United States Magistrate Judge.